CENTER FOR DISABILITY ACCESS
Chris Carson, Esq., SBN 280048
Dennis Price, Esq., SBN 279082
Amanda Seabock, Esq., SBN 289900
8033 Linda Vista Road, Suite 200,
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
amandas@potterhandy.com
Attorneys for Plaintiff

JEFFREY A. CHEN (SBN: 189514)
jeffchenlaw@gmail.com
LAW OFFICES OF JEFFREY A. CHEN
2010 Crow Canyon Place, Suite 100
San Ramon, CA 94583
Telephone: (415) 369-9089
Facsimile: (415) 358-8048
Attorney for Defendant
Kearny SF I-Tea LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN WHITAKER,<br><br>    Plaintiff,<br><br>v.<br><br>KEARNY SF I-TEA LLC, a California Limited Liability Company; and Does 1-10,<br><br>    Defendant. | Case: 3:19-CV-06542-JCS<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a)(1)(A)(ii)** |

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs.

1

1  This stipulation is made as the matter has been resolved to the satisfaction of
2  all parties.
3
4
5  Dated: November 4, 2020        CENTER FOR DISABILITY ACCESS
6
7                                 By:   /s/Amanda Seabock
                                        Amanda Seabock
8                                       Attorney for Plaintiff
9
10 Dated: November 4, 2020        LAW OFFICES OF JEFFREY A. CHEN
11                                By:   /s/Jeffrey A. Chen
                                        Jeffrey A. Chen
12                                      Attorney for Defendant
13                                      Kearny SF I-Tea LLC
14
15
16 Dated: 11/4/2020

**GRANTED**
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

2

**SIGNATURE CERTIFICATION**

I hereby certify that the content of this document is acceptable to Jeffrey A. Chen, counsel for Kearny SF I-Tea LLC, and that I have obtained authorization to affix his electronic signature to this document.

Dated: November 4, 2020          CENTER FOR DISABILITY ACCESS

                                 By:   /s/Amanda Seabock
                                       Amanda Seabock
                                       Attorney for Plaintiff